# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON KITTLES, | CV F 03 6213 REC LJO P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE (Doc. 1, 15.) |
| PAUL SCHULTZ, et. al., | |
| Defendants. / | |

Vernon Kittles ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action. Plaintiff seeks relief pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. Plaintiff filed the instant action on September 9, 2003. On February 2, 2004, the Court issued an Order dismissing the Complaint with leave to amend. Plaintiff, however, did not file an Amended Complaint and the Court issued Findings and Recommendations on March 19, 2004.

On March 29, 2004, Plaintiff lodged an Amended Complaint. On April 2, 2004, the Findings and Recommendations served on Plaintiff were returned to the Court marked "Refused." (Doc. 13) The Court vacated its Findings and Recommendations on May 12, 2004, and ordered the Amended Complaint be filed.

On May 21, 2004, the Order vacating the Findings and Recommendations were returned to the Court marked "Return to Sender - Not at this Address." (Doc. 16.) The Court issued an Order denying a previously filed Motion for a TRO. This Order was also served on Plaintiff and was returned to the Court on October 20, 2004, marked "Return to Sender - Not at this address."

Pursuant to Local Rule 83-183(b), a party appearing in propria persona is required to keep the court apprised of his or her current address at all times. Local Rule 83-183(b) provides, in pertinent part:

> If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty (60) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

In the instant case, almost one year has passed since Plaintiff's mail was returned and he has not notified the court of a current address. Accordingly, the Court HEREBY ORDERS:

1. Plaintiff to SHOW CAUSE within TWENTY (20) days of the date of service of this Order, why the action should not be dismissed for failing to prosecute by keeping the Court apprised of his current address.

Petitioner is forewarned that his failure to comply with this order will result in a Recommendation that the action be dismissed.

IT IS SO ORDERED.

**Dated:   October 13, 2005**          /s/ Lawrence J. O'Neill
b9ed48                                              UNITED STATES MAGISTRATE JUDGE